# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRYL EDEN,** | : | CIVIL NO. 3:21-CV-1966 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **SUPERINTENDENT RIVELLO and** | : | |
| **DEPUTY KOTTLER** | : | |
| **Defendants.** | : | |

# ORDER

AND NOW, this 12th day of April 2024, in accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT the defendants' motion for summary judgment, (Doc. 47), is GRANTED and the clerk is directed to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge